118 A.3d 348

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
BRADLEY BREWER, DEFENDANT–RESPONDENT.

———

AND OTHER RELATED CASES

July 29, 2015.

Denied.


118 A.3d 348

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. RICHARD J. WISSER, DEFENDANT–
RESPONDENT.

———

AND OTHER RELATED CASES.

July 29, 2015.

Denied.